# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 11/15/2019 |
| Case: 1−19−44798−cec | Form ID: 318DF7 | Total: 23 |

**Recipients of Notice of Electronic Filing:**
aty      Kevin Zazzera        kzazz007@yahoo.com

                                                                                                                                                                     TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db          Christina A Milia         15925 71st Ave        Apt 1J        Flushing, NY 11365−3003
tr          David J. Doyaga           26 Court Street       Suite 1601    Brooklyn, NY 11242
smg         NYS Department of Taxation & Finance       Bankruptcy Unit    PO Box 5300       Albany, NY 12205
smg         NYC Department of Finance       345 Adams Street       Office of Legal Affairs       Brooklyn, NY 11201−3719
smg         NYS Unemployment Insurance       Attn: Insolvency Unit       Bldg. #12, Room 256       Albany, NY 12240
smg         Office of the United States Trustee       Eastern District of NY (Brooklyn Office)       U.S. Federal Office
            Building       201 Varick Street, Suite 1006       New York, NY 10014
9615441     Capital One       15000 Capital One Dr       Richmond, VA 23238−1119
9615440     Capital One       Attn: Bankruptcy       PO Box 30285       Salt Lake City, UT 84130−0285
9615442     Cbe Group       1309 Technology Pkwy       Cedar Falls, IA 50613−6976
9615443     Charter Communications       1309 Technology Pkwy       Cedar Falls, IA 50613−6976
9615444     Credit One Bank       ATTN: Bankruptcy       PO Box 98873       Las Vegas, NV 89193−8873
9615445     Credit One Bank NA       PO Box 98875       Las Vegas, NV 89193−8875
9615446     Discover Fin Svcs LLC       PO Box 15316       Wilmington, DE 19850−5316
9615447     Discover Financial       PO Box 3025       New Albany, OH 43054−3025
9615448     Kohls/Capital One       Kohls Credit       PO Box 3120       Milwaukee, WI 53201−3120
9615449     Kohls/capone       PO Box 3115       Milwaukee, WI 53201−3115
9615451     NYC Fire Depat EMS       PO Box 25108       Brooklyn, NY 11202−5108
9615450     New York Presbyterian Hospital       1 Harmon Plz Ste 730       Secaucus, NJ 07094−2803
9615452     Professional Claims Bureau, Inc       PO Box 9060       Hicksville, NY 11802−9060
9615453     Queens Hospital Center       PO Box 9476       New York, NY 10087−4476
9615454     Wells Fargo       Attn: Bankruptcy       PO Box 51193       Los Angeles, CA 90051−5493
9615455     Wf/preferr       PO Box 14517       Des Moines, IA 50306−3517
```
                                                                                                                                                                               TOTAL: 22